## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:

     DARLENE WILSON

        Debtor(s)

Case No. 11-07034

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

     Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/22/2011.

2) The plan was confirmed on 04/11/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/21/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 04/29/2015.

6) Number of months from filing to last payment: 50.

7) Number of months case was pending: 60.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $555.00.

10) Amount of unsecured claims discharged without payment: $39,823.52.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $24,511.72 |
| Less amount refunded to debtor | $511.72 |

**NET RECEIPTS:** $24,000.00

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,086.61 |
| Other | $10.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,596.61

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERIMARK BANK | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ARCCERTEGY | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 1,026.00 | 1,026.57 | 1,026.57 | 395.96 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 1,126.19 | 853.18 | 853.18 | 329.08 | 0.00 |
| CASH ADVANCE PAYDAY | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 2,009.97 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 3,190.21 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 340.00 | 923.81 | 923.81 | 356.32 | 0.00 |
| CK MARKETING PYMT PROCESSING | Unsecured | 600.00 | 685.00 | 685.00 | 264.21 | 0.00 |
| DEVON FINANCIAL SERVICE | Unsecured | 877.14 | 588.58 | 588.58 | 227.02 | 0.00 |
| DOLLAR RENT A CAR | Unsecured | 609.00 | NA | NA | 0.00 | 0.00 |
| FIA CSNA | Unsecured | 1,012.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 767.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL COLLECTION BURI | Unsecured | 250.05 | NA | NA | 0.00 | 0.00 |
| FIRST PREIMER BANK | Unsecured | 496.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREIMER BANK | Unsecured | 395.00 | NA | NA | 0.00 | 0.00 |
| FSM GROUP INC | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| GALAXY PORTFOLIOS LLC | Unsecured | 985.00 | 1,067.09 | 1,067.09 | 411.59 | 0.00 |
| GEMB/JC PENNEY | Unsecured | 344.00 | NA | NA | 0.00 | 0.00 |
| GEMB/PEP BOYS | Unsecured | 1,078.00 | NA | NA | 0.00 | 0.00 |
| GEMB/WALMART | Unsecured | 624.00 | NA | NA | 0.00 | 0.00 |
| GINNYS | Unsecured | 411.00 | 411.02 | 411.02 | 158.54 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 2,514.00 | 44.32 | 2,544.32 | 981.37 | 0.00 |
| GREAT AMERICAN FINANCE | Secured | NA | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| HSBC | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 220.42 | 1,746.75 | 1,746.75 | 1,746.75 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 817.19 | 249.61 | 249.61 | 95.65 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 623.00 | 389.45 | 389.45 | 150.23 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 449.00 | 537.41 | 537.41 | 207.29 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,690.00 | 1,690.55 | 1,690.55 | 652.07 | 0.00 |
| JUST ENERGY | Unsecured | 26.39 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MASON DIRECT | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| MASON SHOES | Unsecured | 183.74 | NA | NA | 0.00 | 0.00 |
| MCI | Unsecured | 335.00 | NA | NA | 0.00 | 0.00 |
| MCI RESIDENTIAL | Unsecured | 390.86 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,048.00 | 1,047.87 | 1,047.87 | 404.18 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | NA | 724.54 | 724.54 | 279.46 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 567.86 | 567.86 | 219.03 | 0.00 |
| MIDNIGHT VELVET | Unsecured | 851.00 | 851.94 | 851.94 | 328.60 | 0.00 |
| MIDWEST ORTHOPEDICSAT RUSH | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| MONROE & MAIN | Unsecured | 243.00 | 243.22 | 243.22 | 93.20 | 0.00 |
| MT SINAI HOSPITAL MED CENTER | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE FINANCIAL SI | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 1,041.02 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 787.00 | NA | NA | 0.00 | 0.00 |
| PREFERRED CASH | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| REWARDS660 VISA | Unsecured | 393.00 | NA | NA | 0.00 | 0.00 |
| RUSH OAK PARK HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| RUSH SURGICENTER LTD | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MED CENTER | Unsecured | 79.63 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MED CENTER | Unsecured | 2,141.59 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 405.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CNT | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CNT | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CNT | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL GROUF | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| SAGE TELECOM OF TEXAS | Unsecured | 90.92 | 209.59 | 209.59 | 80.31 | 0.00 |
| SEVENTH AVENUE | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 320.00 | 320.74 | 320.74 | 122.90 | 0.00 |
| SIR FINANCE | Unsecured | 1,545.00 | 1,589.00 | 1,589.00 | 612.90 | 0.00 |
| SOUTHERN AUTO FINANCIAL CO | Unsecured | 3,382.94 | 3,382.94 | 3,382.94 | 1,308.06 | 0.00 |
| SOUTHERN AUTO FINANCIAL CO | Secured | 8,825.00 | 12,207.94 | 8,825.00 | 8,825.00 | 513.39 |
| SPRINT | Unsecured | 902.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 416.25 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TCF NATIONAL BANK | Unsecured | 249.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 1,039.00 | 767.09 | 767.09 | 295.88 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 967.00 | 638.59 | 638.59 | 246.31 | 0.00 |
| TOTAL VISA | Unsecured | 196.00 | NA | NA | 0.00 | 0.00 |
| UNIV OF IL DEPT OF ORTHOPEDICS | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY ANESTHESIOLOGIST | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY ANESTHESIOLOGISTS | Unsecured | 80.00 | 256.00 | 256.00 | 98.09 | 0.00 |
| UNIVERSITY OF IL CHICAGO PHYSC | Unsecured | 135.47 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF IL CHICAGO PHYSC | Unsecured | 76.62 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF IL MEDICAL CNT | Unsecured | 255.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF IL MEDICAL CNT | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY PATHOLOGISTS | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| VANGUARD ALAMO RENT A CAR | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |
| WORKFORCE FINANCIAL INC | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,825.00 | $8,825.00 | $513.39 |
| All Other Secured | $2,500.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$11,325.00** | **$8,825.00** | **$513.39** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,746.75 | $1,746.75 | $0.00 |
| **TOTAL PRIORITY:** | **$1,746.75** | **$1,746.75** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$21,565.97** | **$8,318.25** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $4,596.61 |
| Disbursements to Creditors | $19,403.39 |
| | |
| **TOTAL DISBURSEMENTS:** | **$24,000.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/02/2016                     By: /s/ Tom Vaughn
                                          _____
                                                        Trustee


**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**